UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZOND, INC.,<br><br>       Plaintiff,<br><br>v.<br><br>TOSHIBA CORP.,<br>TOSHIBIA AMERICA, INC.,<br>TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.<br>TOSHIBA AMERICA INFORMATION SYSTEMS, INC.<br><br>       Defendant. | Case No. 1:13-cv-11581-DJC<br><br>**JURY TRIAL DEMANDED** |

**CERTIFICATE OF ATTORNEY TIGRAN VARDANIAN**

I, Tigran Vardanian, hereby certify as follows in support of Plaintiff's Motion for Leave for Admission Pro Hac Vice of Attorney Tigran Vardanian:

1. I am a member of the law firm Radulescu LLP, attorneys for the Plaintiff in the above-captioned matter.

2. I am a member in good standing of the bar of every Court where I am admitted to practice, which includes the following: United States District Court for the Southern District of New York, Northern District of Illinois, Eastern District of Michigan, Illinois State and New York State.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

2

I hereby certify under the penalty of perjury that the foregoing is true and correct.

Dated: September 24, 2013.

                                              /s/ Tigran Vardanian
                                              Tigran Vardanian
                                              tigran@radulescullp.com
                                              RADULESCU LLP
                                              136 Madison Avenue, 6th Floor
                                              New York, NY 10016
                                              Telephone: (646) 502-5950
                                              Fax: (646) 502-5959