UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZOND, INC., <br><br> Plaintiff, <br><br> v. <br><br> TOSHIBA CORP., <br> TOSHIBIA AMERICA, INC., <br> TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC. <br> TOSHIBA AMERICA INFORMATION SYSTEMS, INC. <br><br> Defendant. | Case No. 1:13-cv-11581-DJC <br><br> **JURY TRIAL DEMANDED** |

### CERTIFICATE OF ATTORNEY ETAI LAHAV

I, Etai Lahav, hereby certify as follows in support of Plaintiff's Motion for Leave for Admission Pro Hac Vice of Attorney Etai Lahav:

1. I am a member of the law firm Radulescu LLP, attorneys for the Plaintiff in the above-captioned matter.

2. I am a member in good standing of the bar of every Court where I am admitted to practice, which includes the following: United States District Court for the Southern District of New York, the Eastern District of New York, the Eastern District of Texas and New York State.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I hereby certify under the penalty of perjury that the foregoing is true and correct.

Dated: September 11, 2013.

        /s/ Etai Lahav
        Etai Lahav
        etai@radulescullp.com
        RADULESCU LLP
        136 Madison Avenue, 6th Floor
        New York, NY 10016
        Telephone: (646) 502-5950
        Fax: (646) 502-5959