UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZOND, INC., <br><br> Plaintiff, <br><br> v. <br><br> TOSHIBA CORP., <br> TOSHIBIA AMERICA, INC., <br> TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC. <br> TOSHIBA AMERICA INFORMATION SYSTEMS, INC. <br><br> Defendant. | Case No. 1:13-cv-11581-DJC <br><br><br> **JURY TRIAL DEMANDED** |

## CERTIFICATE OF ATTORNEY DANIEL KESACK

I, Daniel Kesack, hereby certify as follows in support of Plaintiff's Motion for Leave for Admission *Pro Hac Vice* of Attorney Daniel Kesack:

1. I am a member of the law firm Radulescu LLP, attorneys for the Plaintiff in the above-captioned matter.

2. I am a member in good standing of the bar of every Court where I am admitted to practice, which includes the following: United States District Court for the Southern District of New York and New York State.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I hereby certify under the penalty of perjury that the foregoing is true and correct.

2

Dated: September 11, 2013.

                                      /s/ Daniel Kesack
                                      Daniel Kesack
                                      daniel@radulescullp.com
                                      RADULESCU LLP
                                      136 Madison Avenue, 6th Floor
                                      New York, NY 10016
                                      Telephone: (646) 502-5950
                                      Fax: (646) 502-5959