UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ZOND, INC. | § § | |
| Plaintiff | § | |
| v. | § | |
| TOSHIBA CORPORATION, | § | 1:13-CV-11581 - DJC |
| TOSHIBA AMERICA, INC., | § | |
| TOSHIBA AMERICA ELECTRONIC | § | |
| COMPONENTS and TOSHIBA | § | |
| AMERICA INFORMATION SYSTEMS | § § | |
| Defendants. | § | |

## TOSHIBA'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS

Pursuant to Local Rule 7.1(b)(3), Defendants Toshiba Corporation, Toshiba America Electronic Components, Inc. and Toshiba America Information Systems, Inc. (Toshiba) hereby move this Court for leave to file a reply memorandum in support of Toshiba's motion to dismiss (D.I. 14). A copy of the proposed reply memorandum is attached hereto as Exhibit 1.

As grounds for this motion, Toshiba states that a reply is necessary to respond to the opposition submitted by Plaintiff Zond, Inc. (Zond). Among other things, a reply is necessary to respond to Zond's arguments regarding: the applicability of Form 18 to patent infringement pleadings, the Federal Circuit's interpretation of the scope of 35 U.S.C. § 271(g) infringement claims, and the relevant authority with respect to pleading requirements for each of indirect and willful infringement. As Zond acknowledges, some of the issues raised in the briefing involve splits in relevant authority, including "the post-suit knowledge issue," which Zond asserts "is one of first impression in this court." Accordingly, Toshiba respectfully submits that a reply would be helpful to the Court.

Zond has indicated that it will not oppose this motion.

Dated: November 5, 2013                    Respectfully submitted,

                                           By: /s/ Daniel J. Cloherty
                                               Daniel J. Cloherty
                                               **Collora, LLP**
                                               100 High St., 20th Fl.
                                               Boston, MA 02110
                                               Telephone: 617-371-1000
                                               dcloherty@collorallp.com

                                               L. Gene Spears
                                               Scott F. Partridge
                                               **BAKER BOTTS, L.L.P.**
                                               910 Louisiana Street
                                               Houston, Texas 77002
                                               Telephone: 713-229-1590
                                               scott.partridge@bakerbotts.com
                                               gene.spears@bakerbotts.com

                                           **ATTORNEYS FOR DEFENDANTS**

### Certificate Pursuant to Local Rule 7.1(A)(2)

The undersigned hereby certifies that counsel for Toshiba conferred with counsel for Zond in a good faith effort to resolve or limit the issues raised by the present motion. Counsel for Zond has indicated that Zond will not oppose the instant motion.

                                           /s/ Daniel J. Cloherty
Dated: November 5, 2013                    Daniel J. Cloherty

### Certificate of Service

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 5, 2013.

                                           /s/ Daniel J. Cloherty
                                           Daniel J. Cloherty