UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZOND, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>TOSHIBA CORPORATION,<br>TOSHIBA AMERICA, INC.,<br>TOSHIBA AMERICA ELECTRONIC<br>COMPONENTS, and TOSHIBA AMERICA<br>INFORMATION SYSTEMS<br><br>        Defendants. | CIVIL ACTION NO. 13-cv-11581-DJC |

**ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE*
OF ATTORNEY MICHAEL D. SADOWITZ**

Pursuant to Local Rule 83.5.3, Plaintiff Zond, Inc. respectfully prays for the admission *pro hac vice* of Attorney Michael D. Sadowitz of Radulescu LLP, 136 Madison Avenue, 6th Floor, New York, NY 10016, to act as counsel for the plaintiff. Attorney Sadowitz has executed a Certificate in accordance with Local Rule 83.5.3, which is submitted herewith.

The undersigned is a member in good standing of this Court and will act as local counsel and assist Attorney Sadowitz in the representation of Plaintiff Zond, Inc. in this action.

| | |
|---|---|
| Dated:  May 21, 2014 | Respectfully submitted,<br><br>ZOND, INC.<br><br>By its attorneys,<br><br>*/s/ David S. Godkin*<br>David S. Godkin (BBO #196530)<br>Andrew A. Caffrey III (BBO#660481)<br>BIRNBAUM & GODKIN, LLP<br>280 Summer Street<br>Boston, MA 02210<br>Telephone: (617) 307-6100<br>godkin@birnbaumgodkin.com<br>caffrey@birnbaumgodkin.com |

## **CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

I hereby certify that counsel for the parties conferred regarding the issues presented by this motion and that Defendants' counsel assents to this motion.

/s/ David S. Godkin
David S. Godkin

## **CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

/s/ David S. Godkin
David S. Godkin