# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZOND, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>TOSHIBA CORPORATION,<br>TOSHIBA AMERICA, INC.,<br>TOSHIBA AMERICA ELECTRONIC<br>COMPONENTS, and TOSHIBA AMERICA<br>INFORMATION SYSTEMS<br><br>       Defendants. | CIVIL ACTION NO. 13-cv-11581-DJC |

## **CERTIFICATE OF ATTORNEY MICHAEL D. SADOWITZ**

I, Michael D. Sadowitz hereby certify as follows in support of Plaintiff's Motion for Leave for Admission Pro Hac Vice of Attorney Michael D. Sadowitz:

1. I am an associate of the law firm Radulescu LLP, attorneys for the Plaintiff in the above-captioned matter.

2. I am a member in good standing of the bar of every Court where I am admitted to practice, which includes the following: New York State.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I hereby certify under the penalty of perjury that the foregoing is true and correct.

Dated: May 21, 2014.

                                      */s/ Michael D. Sadowitz*
                                      Michael D. Sadowitz
                                      mike@radulescullp.com
                                      RADULESCU LLP
                                      136 Madison Avenue, 6th Floor
                                      New York, NY 10016
                                      Telephone: (646) 502-5950
                                      Fax: (646) 502-5959