# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ZOND, LLC** § | |
| § | |
| Plaintiff § | |
| v. § | **1:13-CV-11581 - DJC** |
| **TOSHIBA CORPORATION,** § | |
| **TOSHIBA AMERICA, INC.,** § | |
| **TOSHIBA AMERICA ELECTRONIC** § | |
| **COMPONENTS and TOSHIBA** § | |
| **AMERICA INFORMATION SYSTEMS** § | |
| § | |
| Defendants. § | |
| § | |


## <u>WITHDRAWAL OF APPEARANCE</u>


Please withdraw my appearance on behalf of Defendants Toshiba Corporation,

Toshiba America, Inc., Toshiba America Electronic Components and Toshiba America

Information Systems in the above-captioned matter as I am no longer with Baker Botts LLP.


Dated:  June 11, 2014                    Respectfully submitted,


                                         */s/ Michael D. McBride*
                                         Michael D. McBride
                                         Texas State Bar No. 24065700
                                         4200 Scotland St.
                                         Houston, TX 77007

Daniel J. Cloherty
COLLORA LLP
100 High St., 20th Floor
Boston, Massachusetts 02110
(617) 371-1000
dcloherty@collorallp.com

L. Gene Spears
Scott F. Partridge
BAKER BOTTS LLP
910 Louisiana Street
Houston, Texas 77002
Telephone:  713-229-1590
scott.partridge@bakerbotts.com
gene.spears@bakerbotts.com

*Attorneys for Defendants*


## CERTIFICATE OF SERVICE

I, hereby certify that a true and correct copy of this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on June 11, 2014.


*/s/ Michael D. McBride*