# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZOND, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:13-cv-11581-DJC |
| | ) |
| TOSHIBA CORPORATION, | ) **JURY TRIAL DEMANDED** |
| TOSHIBA AMERICA ELECTRONIC | ) |
| COMPONENTS, INC. and | ) |
| TOSHIBA AMERICA INFORMATION | ) |
| SYSTEMS, INC. | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS TOSHIBA CORPORATION, TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC., AND TOSHIBA AMERICA INFORMATION SYSTEMS, INC.'S <u>MOTION TO STAY THE CASE</u>**

Defendants Toshiba Corporation, Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc. (collectively, "Toshiba") hereby move this Court for an order staying or administratively closing this case pending final resolution of inter partes review before the United States Patent and Trademark Office for each of the seven patents at issue in this case.  In support hereof, Toshiba submits the accompanying memorandum of points and authorities, and declaration of Robinson Vu, Esq.

Dated: August 29, 2014          Respectfully submitted,

By: /s/ Daniel J. Cloherty
Daniel J. Cloherty
**Collora LLP**
100 High St., 20th Fl.
Boston, MA 02110
Telephone:  617-371-1000
dcloherty@collorallp.com

Scott F. Partridge
Lead Attorney
Texas State Bar No. 00786940
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002
Tel.:  (713) 229-1569
Fax:  (713) 229-7769
scott.partridge@bakerbotts.com

Robinson Vu
Texas State Bar No. 24047046
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002
Tel.:  (713) 229-1234
Fax:  (713) 229-1522

*Attorneys for Toshiba Corporation, Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc.*

**CERTIFICATE OF CONSULTATION**

I, Daniel J. Cloherty, hereby certify that in accordance with Local Rule 7.1, counsel for Defendants Toshiba Corporation, Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc. and counsel for Plaintiff Zond, Inc. have conferred in good faith regarding resolution of this motion but were not able to reach an agreement.

By: /s/ Daniel J. Cloherty
Daniel J. Cloherty

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), Defendants Toshiba Corporation, Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc. respectfully request oral argument regarding this motion to the extent that the Court believes that oral argument will assist it in resolving this motion.

By: /s/ Daniel J. Cloherty
Daniel J. Cloherty

**CERTIFICATE OF SERVICE**

I, Daniel J. Cloherty, hereby certify that a true copy of the above document was served upon counsel of record for the parties through the Court's electronic court filing (ECF) system, this 29th day of August, 2014.

By: /s/ Daniel J. Cloherty
Daniel J. Cloherty