UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZOND, LLC,<br><br>          Plaintiff,<br><br>v.<br><br>TOSHIBA CORPORATION, TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC., and TOSHIBA AMERICA INFORMATION SYSTEMS, INC.<br><br>          Defendants. | CIVIL ACTION NO. 1:13-cv-11581-DJC<br><br>**JURY TRIAL DEMANDED** |

# DECLARATION OF ROBIN M. DAVIS IN SUPPORT OF ZOND, LLC'S OPPOSITION TO DEFENDANTS TOSHIBA CORPORATION, TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC., AND TOSHIBA AMERICA INFORMATION SYSTEMS, INC.'S MOTION TO STAY THE CASE

I, Robin M. Davis, declare and state as follows:

1.  I am an attorney with the law firm Radulescu LLP and a member of the State Bar of New York.  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.  Attached hereto as Exhibit 1 is a true and correct copy of an Order dated September 9, 2014 issued by the U.S. Patent and Trademark Office Patent Trial and Appeal Board in the case *Intel Corp. v. Zond, LLC* (IPR2014-00443) granting permission for the parties to submit a joint motion to terminate IPR proceedings initiated by Intel by September 15, 2014.

Date: September 12, 2014

                                        /s/ *Robin M. Davis*
                                        Robin M. Davis

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was delivered to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent those indicated as non-registered participants on the above date.

/s/ *Robin M. Davis*
Robin M. Davis